■ In the Matter of HACK-GREEN POUND RIDGE PROPERTIES, LLC, Petitioner, v MARY H. SMITH, Respondent. [930 NYS2d 903]—

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Skelos, J.P., Balkin, Leventhal and Hall, JJ., concur.